457   McCREERY vs. CIRCUIT JUDGE (Bay), No. 13092, 93 M., 463.

To compel discovery in a judgment creditor's suit.

Denied November 18, 1892, with costs.

The decision in Riopelle vs. Doellner, 26 M., 102, and in Sheldon vs. Walbridge, 44 Id., 251, that since parties have

458

become general witnesses under our statutes, a bill of dis-
covery will not lie, where the facts sought to be discovered are
within the knowledge of any witness, applies to a bill of dis-
covery in aid of a suit at law.

The statute making parties competent witnesses did not
repeal the statutory provisions (How. Stat., Secs. 6614, 6615,
6617, 8168, 8169) giving the Chancery Court power to com-
pel a discovery in suits by judgment creditors to enforce their
judgments; citing Hubbard vs. McNaughton, 43 M., 220;
Turnbull vs. Lumber Co., 55 Id., 387.

A complainant is not entitled to file exceptions to the volun-
tary answer of a corporation officer to a judgment creditor's
bill, especially when the answer contains an express denial of
the charges made in the bill.